THOMAS P. O'BRIEN
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
DARWIN THOMAS (SBN 80745)
Assistant United States Attorney
  Room 7211, Federal Building
  300 North Los Angeles Street
  Los Angeles, California 90012
  Telephone: (213) 894-2740
  Facsimile: (213) 894-0115
  E-mail: Darwin.Thomas@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

UNITED STATES OF AMERICA,          )   Case No. CV 09-00114-MMM(JCx)
                                   )
                  Petitioner,      )
                                   )
        vs.                        )   [~~PROPOSED~~]
                                   )
MARTIN KAPP,                       )   ORDER TO SHOW CAUSE
                                   )
                  Respondent.      )
                                   )
_____   )

        Upon the Petition and supporting Memorandum of Points and Authorities,

and the supporting Declaration to the Petition, the Court finds that Petitioner has

established its *prima facie* case for judicial enforcement of the subject Internal

Revenue Service ("IRS" and "Service") summons. *See* United States v. Powell,

379 U.S. 48, 57-58, 85 S. Ct. 248, 13 L. Ed. 2d 112 (1964); *see also*, Crystal v.

United States, 172 F.3d 1141, 1143-1144 (9th Cir. 1999); United States v. Jose,

131 F.3d 1325, 1327 (9th Cir. 1997); Fortney v. United States, 59 F.3d 117, 119-

120 (9th Cir. 1995) (the Government's *prima facie* case is typically made through

1  the sworn declaration of the IRS agent who issued the summons); *accord*, United

2  States v. Gilleran, 992 F.2d 232, 233 (9th Cir. 1993).

3      Therefore, **IT IS ORDERED** that Respondent appear before this District

4  Court of the United States for the Central District of California, in Courtroom No.

5  _____,

6  ☐  United States Courthouse
7      312 North Spring Street, Los Angeles, California, 90012

8  ■  Roybal Federal Building and United States Courthouse
9      255 E. Temple Street, Los Angeles, California, 90012

10 ☐  Ronald Reagan Federal Building and United States Courthouse
11     411 West Fourth Street, Santa Ana, California, 92701

12 ☐  Brown Federal Building and United States Courthouse
13     3470 Twelfth Street, Riverside, California, 92501

14  on    **February 23 , 2009**, at **10:00 AM**,

15  and show cause why the testimony and production of books, papers, records, and

16  other data demanded in the subject Internal Revenue Service summons should not

17  be compelled.

18      **IT IS FURTHER ORDERED** that copies of this Order, the Petition,

19  Memorandum of Points and Authorities, and accompanying Declaration be served

20  promptly upon Respondent by any employee of the Internal Revenue Service or the

21  United States Attorney's Office, by personal delivery or by certified mail.

22      **IT IS FURTHER ORDERED** that within ten (10) days after service upon

23  Respondent of the herein described documents, Respondent shall file and serve

24  a written response, supported by appropriate sworn statements, as well as any

25  desired motions.  If, prior to the return date of this Order, Respondent files a response

26  with the Court stating that Respondent does not desire to oppose the relief sought in

27  the Petition, nor wish to make an appearance, then the appearance of Respondent at

28

1   any hearing pursuant to this Order to Show Cause is excused, and Respondent

2   shall be deemed to have complied with the requirements of this Order.

3       **IT IS FURTHER ORDERED** that all motions and issues raised by the

4   pleadings will be considered on the return date of this Order.  Only those issues

5   raised by motion or brought into controversy by the responsive pleadings and

6   supported by sworn statements filed within ten (10) days after service of the herein

7   described documents will be considered by the Court.  All allegations in the

8   Petition not contested by such responsive pleadings or by sworn statements will be

9   deemed admitted.

11   DATED:  January 13, 2009

14   _Margaret M. Morrow_
15   UNITED STATES DISTRICT JUDGE

17   Presented By:

19   THOMAS P. O'BRIEN
      United States Attorney
20   SANDRA R. BROWN
      Assistant United States Attorney
      Chief, Tax Division

22   _____
23   DARWIN THOMAS
      Assistant United States Attorney

24   Attorneys for the United States of America,
      Petitioner

3